**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANASTASIA ST. CLAIR-HANNAH,<br><br>Plaintiff,<br><br>-against-<br><br>CVS CAREMARK CORPORATION,<br><br>Defendant. | 1:15-cv-06602-LDH-RLM<br><br><br>**STIPULATION OF VOLUNTARY**<br>**DISMISSAL** |

WHEREAS, Plaintiff commenced this action by filing a Complaint on or about November 17, 2015; and

WHEREAS, Plaintiff now seeks to voluntarily dismiss this action without prejudice; and

WHEREAS, Plaintiff has authorized counsel to agree to the terms set forth below;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

1. Plaintiff is hereby voluntarily dismissing this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

2. Defendant hereby stipulates to Plaintiff's voluntary dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

3. The dismissal of this action is "without prejudice" pursuant to Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure;

4. Nothing contained herein shall be deemed to be an admission by either party;

5. This Stipulation contains all the terms and conditions agreed to by counsel for both parties with respect to the dismissal; and

6. This Stipulation shall be binding upon the parties immediately upon signature, and shall be submitted to the Court for entry as an Order.

Dated: New York, NY
February 4, 2016

AM 57207076.1

**Dorina Cela, Esq.**
Phillips & Associates
*Attorney for Plaintiff*
45 Broadway, Suite 620
New York, NY 10006
(212) 248-7431
Dcela@tpglaws.com

**Richard M. DeAgazio, Esq.**
**Locke Lord LLP**
*Attorney for Defendant*
44 Whippany Road, Suite 280
Morristown, NJ 07960
T: 973-520-2329
F: 866-534-1568
Richard.DeAgazio@lockelord.com

SO ORDERED:

_____
HON. LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, NY
February __, 2016

AM 57207076.1